```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17848
   MARK J WOJTOWICZ
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
   SSN XXX-XX-5774


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/28/07 .

    2.  The case was dismissed without confirmation, 01/25/2008.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00              .00              .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE   NOT FILED             .00              .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED             .00              .00
AAC                        UNSECURED       NOT FILED             .00              .00
ACCOUNTS RECEIVABLE MGMT   UNSECURED       NOT FILED             .00              .00
ACCT REC SPE               UNSECURED       NOT FILED             .00              .00
GOOD SAMARITAN HOSPITAL    UNSECURED       NOT FILED             .00              .00
ALLIED INTERSTATE INC      UNSECURED       NOT FILED             .00              .00
ANESTHESIOLOGISTS LTD      UNSECURED       NOT FILED             .00              .00
ARMOR SYSTEMS              UNSECURED       NOT FILED             .00              .00
MONTEREY FINANCIAL SVCS    UNSECURED       NOT FILED             .00              .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED             .00              .00
ASSET ACCEPTANCE CORP      UNSECURED       NOT FILED             .00              .00
ATG CREDIT                 UNSECURED       NOT FILED             .00              .00
BALLYS TOTAL FITNESS       UNSECURED       NOT FILED             .00              .00
BARRECA BLACKTOP SEALCOA   UNSECURED       NOT FILED             .00              .00
BMW FINANCIAL SERVICES     UNSECURED       NOT FILED             .00              .00
BUR COL RECO               UNSECURED       NOT FILED             .00              .00
CAPITAL ONE BANK           UNSECURED       NOT FILED             .00              .00
CBE GROUP                  UNSECURED       NOT FILED             .00              .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID

CCA                        UNSECURED       NOT FILED             .00              .00
CEENA HEALTH PC            UNSECURED       NOT FILED             .00              .00
CHASE MANHATTAN BANK USA   UNSECURED       NOT FILED             .00              .00
CHICAGO TRIBUNE            UNSECURED       NOT FILED             .00              .00
COLLECTION BUREAU OF AME   UNSECURED       NOT FILED             .00              .00
COMCAST                    UNSECURED       NOT FILED             .00              .00
DEPENDON COLLECTION SVC    UNSECURED       NOT FILED             .00              .00
DIVERSIFIED ADJUSTMENT S   UNSECURED       NOT FILED             .00              .00
DUPAGE EMERGENCY PHYSICI   UNSECURED       NOT FILED             .00              .00
GEMB                       UNSECURED       NOT FILED             .00              .00
GOOD SAMARITAN HOSPITAL    UNSECURED       NOT FILED             .00              .00
```

```
GREAT AMERICAN FINANCE      UNSECURED        NOT FILED              .00            .00
HARRIS & HARRIS LTD         UNSECURED        NOT FILED              .00            .00
HARRIS & HARRIS LTD         UNSECURED        NOT FILED              .00            .00
HARVARD COLLECTION SERVI    UNSECURED        NOT FILED              .00            .00
ILLINOIS COLLECTION SERV    UNSECURED        NOT FILED              .00            .00
ILLINOIS COLLECTION SERV    UNSECURED        NOT FILED              .00            .00
ILLINOIS COLLECTION SERV    UNSECURED        NOT FILED              .00            .00
ILLINOIS COLLECTION SERV    UNSECURED        NOT FILED              .00            .00
ILLINOIS COLLECTION SERV    UNSECURED        NOT FILED              .00            .00
ILLINOIS SECRETARY OF ST    UNSECURED        NOT FILED              .00            .00
JVDB & ASSOC                UNSECURED        NOT FILED              .00            .00
KEYNOTE CONSULTING INC      UNSECURED        NOT FILED              .00            .00
MAGES & PRICE               UNSECURED        NOT FILED              .00            .00
MED BUSINESS BUREAU         UNSECURED        NOT FILED              .00            .00
MED BUSINESS BUREAU         UNSECURED        NOT FILED              .00            .00
MED BUSINESS BUREAU         UNSECURED        NOT FILED              .00            .00
MEDICAL COLLECTION SYSTE    UNSECURED        NOT FILED              .00            .00
MERCHANTS FINANCIAL GUAR    UNSECURED        NOT FILED              .00            .00
MIDWEST DIAG PATHOLOGIST    UNSECURED        NOT FILED              .00            .00
MORTGAGE SERVICE CENTER     UNSECURED        NOT FILED              .00            .00
MUNICIPAL RECOVERY SERVI    UNSECURED        NOT FILED              .00            .00
NATIONWIDE CREDIT & COLL    UNSECURED        NOT FILED              .00            .00
NATIONWIDE CREDIT & COLL    UNSECURED        NOT FILED              .00            .00
NCO FINANCIAL SYSTEMS       UNSECURED        NOT FILED              .00            .00
NCO FINANCIAL SYSTEMS       UNSECURED        NOT FILED              .00            .00
NICK S KOUCHIS MD           UNSECURED        NOT FILED              .00            .00
NICOR GAS                   UNSECURED        NOT FILED              .00            .00
OSI COLLECTION SERVICES     UNSECURED        NOT FILED              .00            .00
PALISADES COLLECTION        UNSECURED        NOT FILED              .00            .00
PELLETTIERI & ASSOC         UNSECURED        NOT FILED              .00            .00
RADIOLOGISTS OF DUPAGE      UNSECURED        NOT FILED              .00            .00
RESURRECTION HEALTH CARE    UNSECURED        NOT FILED              .00            .00
REVENUE PRODUCTION MANAG    UNSECURED        NOT FILED              .00            .00
----------------------------------------------------------------------------------------
CREDITOR NAME                  CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                   PAID           PAID
----------------------------------------------------------------------------------------
SALLIE MAE GUARANTEE SER    UNSECURED        NOT FILED              .00            .00
VALENTINE & KEBARTAS        UNSECURED        NOT FILED              .00            .00
WESTMONT FIRE DEPARTMENT    UNSECURED        NOT FILED              .00            .00
WOODRIDGE CLINIC            UNSECURED        NOT FILED              .00            .00
DEPENDON COLLECTION SVC     UNSECURED        NOT FILED              .00            .00
         Summary of disbursements:
----------------------------------------------------------------------------------------
                    SECURED       PRIORITY    UNSECURED        OTHER          TOTAL
----------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00          .00           .00            .00
PRINCIPAL PAID          .00           .00          .00           .00            .00
INTEREST PAID           .00           .00          .00           .00            .00
TOTAL PAID              .00           .00          .00           .00            .00
```

The Debtor's attorney, DEBRA J VORHIES-LEVINE        , was allowed $          .00 and was paid $          .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 04/16/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                             PAGE   3
   CASE NO. 07 B 17848 MARK J WOJTOWICZ
```